Prob 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
10-04036-02-CR-C-BCW

**DOCKET NUMBER** *(Rec. Court)*
21-CR-13-1-SRN

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| CHARITY JEAN STEINBRINK | Western District of Missouri | Central |

NAME OF SENTENCING JUDGE
Nanette K. Laughrey

| DATES OF PROBATION /SUPERVISED RELEASE: | From 07/19/2019 | To 07/18/2024 |
|---|---|---|

**OFFENSE**

21 U.S.C. 841(a)(1), 841(b)(1)(A) and 846 Conspiracy to Distribute 500 Grams or More of Methamphetamine

21 U.S.C. 841(a)(1), 841(b)(1)(B) Possession with Intent to Distribute 50 Grams or More of Methamphetamine (2 Counts)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for Minnesota upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

January 12, 2021
Date

/s/ Brian C. Wimes

Brian C. Wimes
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF MINNESOTA

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of the order.

January 15, 2021
Effective Date

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge